UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MILTON DURHAM

           Plaintiff,

    v.

BRUCE DAVIS,

           Defendant.

Civil Action No. 19-16326 (MAS) (LHG)

**MEMORANDUM ORDER**

      This matter comes before the Court upon Defendant Bruce Davis' filing of a Notice of Removal of Plaintiff Milton Durham's civil rights complaint, which was initially filed in the Superior Court of New Jersey, Law Division, Mercer County. (Notice of Removal, ECF No. 1.) A review of the Superior Court's docket and filings reveal that Mr. Davis is not a named defendant in the underlying state court proceeding. *See generally Milton Durham v. Charles Warren,* No. MER-L-874-19 (N.J. Super. Ct. Law Div. filed May 2, 2019). The Superior Court's docket also confirms that the state court did not recognize Mr. Davis' removal to federal court as valid and the proceedings have continued in state court. *See id.* On January 27, 2020, this Court issued an order directing Mr. Davis to respond, within 10 days, to provide a status update on the matter. (Order, Jan. 27, 2020, ECF No. 2.) Mr. Davis did not file a response. On April 3, 2020, this Court again issued an order directing Mr. Davis to show cause, within 14 days, why this matter should not be dismissed as having been invalidly removed. (Order, Apr. 3, 2020, ECF No. 3.) Mr. Davis again did not respond.

      The federal removal statute provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the *defendant*

*or the defendants*, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a) (emphasis added).  Further, "only a named defendant may remove an action to federal court" under § 1441(a). *Ottaviance v. AVS Properties, LLC*, No. 18-16429, 2019 WL 3183642, at *3 (D.N.J. July 15, 2019) (citing *In re Notice of Removal Filed by William Einhorn,* 481 F. Supp. 2d 345, 347–48 (D.N.J. 2007)).

Accordingly, given Mr. Davis' failure to respond to this Court's prior orders, as well as the relevant statutes and case law which indicate that an individual who is not a named defendant may not remove a matter to federal court, and for good cause shown,

**IT IS** on this  21st  day of May, 2020,

**ORDERED** that this matter is **REMANDED** to New Jersey state court;

**ORDERED** that the Clerk of the Court shall serve this Order upon Plaintiff's counsel in state court, Mr. Michael Poreda, Esq., at 69 Grove Street, Somerville, NJ 08876; and it is further

**ORDERED** that the Clerk of the Court shall mark this matter as **CLOSED**.

_____
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**